FILED
TAMPA, FLORIDA

2005 MAR -9 PM 3:49

CLERK, U.S. BANKRUPTCY
COURT MIDDLE
DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              Case No.  03-26157-8G7
**NICHOLAS C. SPARKS**,                             Chapter 7
    Debtor.
_____/

### RESPONSE TO ORDER GOVERNING PROCEDURES AFTER CONVERSION TO CHAPTER 7 CASE, AND STATEMENT OF UNPAID DEBTS INCURRED DURING THE CHAPTER 13 PERIOD

The Debtor, by and through the undersigned attorneys, files this Response to Order Governing Procedures After Conversion to Chapter 7 Case, and Statement of Unpaid Debts Incurred During the Chapter 13 Period and states that the Debtor's Statement of Intention is attached hereto evidencing that:

_____ there were no unpaid obligations incurred during the Chapter 13 period; or

__X__ there were unpaid obligations incurred during the Chapter 13 period which are detailed on the attached Exhibit "A".

### DECLARATION

I, **NICHOLAS C. SPARKS**, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing Response together with the attachments and based on my personal knowledge, it is true and correct.

Signature: _/s/ Nicholas C. Sparks_  Date: 02/18/2005
**NICHOLAS C. SPARKS**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the Chapter 7 Trustee, R.J. Hartley, 1602 W. Sligh Ave. #100, Tpa, FL 33604 this 9 day of March, 2005.

_/s/ Barbara C. Leon_

PATRICK   R.   SMITH            FL BAR NO. 947938
BARBARA   RODRIGUEZ   LEON     FL BAR NO. 582115
RICHARD   M.   DAUVAL           FL BAR NO. 664081
MARA   B.   MANDELL             FL BAR NO. 856185
FEINBERG, ISAAK & SMITH, P.A. d/b/a
DEBT RELIEF LEGAL CENTERS
P. O. Box 172239, Tampa, FL 33672-0239
phone (813) 229-2221   fax (813) 225-1315

03-26157-8G7

## Individual Debtor's Statement of Intention

1. I, NICHOLAS C. SPARKS, the Debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   a. Property to be surrendered.

   | Description of property | Creditor's name |
   |---|---|

   NONE

   b. Property to be retained

   | Description of property | Creditor's name |
   |---|---|
   | Method of Retention: The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm) The property is claimed exempt and will be redeemed pursuant to sec. 722. (Redeem) Lien will be avoided pursuant to sec. 522(f) and property claimed as exempt. Judicial lien  (Judicial lien avoidance) Nonpossessory nonpurchase-money security interest (NPMSI lien) | |

   **NONE**

3. I, NICHOLAS C. SPARKS, understand that section 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause within such 45-day period fixes.

The penalties for making a false statement or concealing property is a fine of up to $5,000.00 or imprisonment for up to 5 years, or both.  (18 U.S.C. Sections 152 and 3571).

# EXHIBIT A

**NICHOLAS C. SPARKS**                                              Case No.  03-26157-8G7

## STATEMENT OF UNPAID
## DEBTS INCURRED DURING THE CHAPTER 13 PERIOD

THE COLUMNS AT CORTEZ
C/O AUTOMATED COLLECTION SERVICE
2285 MURFREEBORO RD.
STE 200
NASHVILLE, FL 37217

THE COLUMNS AT CORTEZ
C/O AUTOMATED COLLECTION SERVICE
PO BOX 17423
NASHVILLE, TN 37217