IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
**Nicholas C. Sparks**  
DEBTOR(S).  
_____/

CASE NO.: 8-03-BK-26157

CHAPTER 7

### RESPONSE TO TRUSTEE'S MOTION TO COMPEL TURNOVER

Debtor, by and through the undersigned attorneys, files this Response to Trustee's Motion to Compel Turnover, and states the following:

1. This case was originally instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on December 19, 2003 ("Filing Date").

2. An Order Confirming Chapter 13 Plan was entered by this Court on August 16, 2005.

3. During the pendency of the Chapter 13, Debtor paid approximately $3,989.06 to his unsecured creditors.

4. On the Filing Date, Debtor exceeded his vehicular exemption by $4,000.00 and his personal property exemption by $145.00, for a total overage of $4,145.00 ("Overage").

5. Debtor converted his case to a Chapter 7 on February 18, 2005.

6. The Chapter 7 Trustee now seeks turnover of non-exempt assets.

7. Debtor has satisfied the Overage by paying nearly $4,000.00 to his unsecured creditors during his Chapter 13, which equals approximately what his unsecured creditors would have received had this case commenced as a Chapter 7 case.

8. Based on the foregoing, it would be appropriate for this Court to enter an order denying the Trustee's Motion to Compel Turnover.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order denying the Trustee's Motion to Compel Turnover, determining that Debtor has satisfied his exemption overage, and granting such other and further relief as this Court deems necessary and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Response has been furnished electronically or via U.S. Mail to **R. Jay Harpley**, Trustee, 1602 W. Sligh Ave #100, Tampa Fl 33604; **Assistant U.S. Trustee**, 501 E. Polk Street #1200, Tampa, FL 33602; and to **Nicholas C. Sparks**, Debtor, 4802 51ST. W. APT 911, BRADENTON, FL 34210; this ___3rd___ day of ___October___, 2005.

_____
BARBARA C. LEON          FL BAR NO. 664081
FEINBERG, ISAAK, & SMITH, P.A. d/b/a
DEBT RELIEF LEGAL CENTERS
P. O. Box 172239,   Tampa, FL 33672-0239
Phone (813) 229-2221  Fax (813) 225-1315